# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Carmona, Eduardo | Docket No. | 0980 4:15CR06010-002 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Eduardo Carmona, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 15 day of January 2016, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
    (If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On August 18, 2016, Eduardo Carmona was arrested and charged with Assault 4th Degree (Domestic Violence), Interfering with reporting domestic violence and Malicious Mischief, 3rd Degree.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   September 6, 2016 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]　　No Action
[ ]　　The Issuance of a Warrant
[X]　　The Issuance of a Summons
[ ]　　The incorporation of the violation(s) contained in this
　　　　petition with the other violations pending before the
　　　　Court.
[ ]　　Defendant to appear before the Judge assigned to the case.
[ ]　　Defendant to appear before the Magistrate Judge.
[ ]　　Other

_____
Signature of Judicial Officer

September 6, 2016
_____
Date