# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO CARMONA,<br><br>Defendant. | No. 4:15-CR-6010-EFS-2<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Motion to Modify his Conditions of release. Defendant seeks to return to work as a truck driver, which would require travel to Montana. Neither the U.S. Probation Office, nor the Assistant U.S. Attorney object to Defendant's Motion.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Release, **ECF No. 187,** is **GRANTED**. Defendant may travel to Montana for purposes of employment only. Prior to each incident of travel for employment, Defendant must provide Pretrial Services with specific contact information as to where he will be staying, and a telephone number where he can be contacted at any time that he is out of the district.

While out of the district, Defendant is subject to all previously-ordered conditions of release not inconsistent with temporary travel outside the district.

DATED February 27, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1