UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2017

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Carmona, Eduardo | Docket No. | 0980 4:15CR06010-002 |

### Petition for Action on Conditions of Pretrial Release

　　　COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Eduardo Carmona, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 15th day of January 2016, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On March 8, 2017, Eduardo Carmona was arrested and charged with identity theft, 1st degree, Adams County Superior Court, docket number 17-1-00038-8.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:　　March 21, 2017 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]　　No Action
[X]　　The Issuance of a Warrant
[ ]　　The Issuance of a Summons
[ ]　　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　　Defendant to appear before the Judge assigned to the case.
[ ]　　Defendant to appear before the Magistrate Judge.
[ ]　　Other

_Edward F. Shea_
Signature of Judicial Officer

March 21, 2017
Date